**Order entered January 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01556-CV

**UNITED FOOD & COMMERCIALL WORKERS UNION LOCAL 1000, Appellant**

**V.**

**TEXOMA AREA PARATRANSIT SYSTEMS, INC., Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-10-0917**

## ORDER

Before the Court is appellant's January 24, 2013 unopposed motion to extend time to file appellant's brief. We **GRANT** appellant's motion. Appellant's brief shall be filed on or before March 8, 2013.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE